IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER HERNANDEZ,
  Plaintiff,

vs.           Case No. 3:07cv404/LAC/EMT

CENTURY CORRECTIONAL
INSTITUTION, et al.,
  Defendants.
_____/

**ORDER**

  This cause is before the court upon Plaintiff's Motion for Issuance of Summons (Doc. 3).
Plaintiff, a state prisoner proceeding pro se and in forma pauperis, initiated these proceedings by
filing a civil rights complaint under 42 U.S.C. § 1983 against several state correctional officers (*see*
Docs. 1, 6).  In the instant motion, Plaintiff requests that summonses be issued to sixteen (16) named
Defendants and that the marshal be directed to serve a summons and copy of his complaint on each
Defendant (*see* Doc. 3 at 1–2).

  Plaintiff is advised that because he is prisoner seeking redress from officers or employees
of a governmental entity, the court must review his complaint to determine whether it is frivolous,
malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against
a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915A.  After completing its
screening function, if the court determines that Plaintiff has raised cognizable claims, it will order
service of his complaint on Defendants.[1]  Therefore, Plaintiff's instant motion requesting that
summonses be issued and service be directed is premature, and it shall be denied.

_____

[1]Although irrelevant at the present time, Plaintiff is advised that if and when the court directs that his complaint
be served on Defendants, he must submit a complete and identical copy of his complaint for service on each Defendant.
Plaintiff need not provide service copies, however, unless and until he is directed to do so by the court.

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Issuance of Summons (Doc. 3) is **DENIED**.

**DONE AND ORDERED** this 28th day of September 2007.

/s/ *Elizabeth M. Timothy*

**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**