IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER HERNANDEZ,
    Plaintiff,

vs.                                    Case No. 3:07cv404/LAC/EMT

CENTURY CORRECTIONAL
INSTITUTION, et al.,
    Defendants.
_____/

## ORDER

    Plaintiff initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Leave to proceed in forma pauperis has been granted (Doc. 6). Now before the court is Plaintiff's Motion for Issuance of Summons (Doc. 17), which will be construed as a motion to conduct discovery.

    Plaintiff is advised that at this stage of the case, discovery is premature. This court has a statutory duty to review his complaint, as soon as practicable, to identify cognizable claims or dismiss the complaint. 28 U.S.C. § 1915A. By separate order of this court issued on today's date, Plaintiff was directed to file a second amended complaint. If Plaintiff chooses to file an amended complaint, the court will again screen his amended complaint for cognizable claims. *See id.* After completing its screening function, if the court determines that Plaintiff has raised cognizable claims, it will instruct Plaintiff as to when discovery is appropriate.

    Accordingly, it is **ORDERED**:

    That Plaintiff's Motion for Issuance of Summons (Doc. 17), construed as a motion to conduct discovery, is **DENIED without prejudice**.

**DONE AND ORDERED** this <u>10th</u> day of December 2007.

       <u>/s/ *Elizabeth M. Timothy*     </u>
       **ELIZABETH M. TIMOTHY**
       **UNITED STATES MAGISTRATE JUDGE**