IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER HERNANDEZ,
    Plaintiff,

vs.                                     Case No. 3:07cv404/LAC/EMT

CENTURY CORRECTIONAL
INSTITUTION, et al.,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 31, 2010 (Doc. 50). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2. This cause is **DISMISSED, without prejudice**, pursuant to Fed. R. Civ. P. 41(b). Any pending motions are therefore **DENIED as moot**.

      3. The clerk of court shall enter judgment dismissing this action without prejudice.

      **DONE AND ORDERED** this 15th day of April, 2010.

                                                        s/*L.A. Collier*
                                                        **LACEY A. COLLIER**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**